Julius Krueger, Plaintiff, Counter-Defendant, Appellant, v. Marie Krueger, Defendant, Counter-Plaintiff, Appellee.

Gen. No. 64–F–20. 

Fifth District.

April 8, 1964.

 Kenneth A. Green, of Mattoon (Thomas J. Logue, of counsel), for appellant; Frank H. Schniederjon, of Effingham, for appellee. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.